**Complaint**                          3-22CV-072-Z

This is A Civil Action Authorized by 42 U.S.C. Section 1983 to redress the Deprivation under color of State law of rights Secured by the Constitution of the united States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3) plaintiff Seeks equal protection of the law ware the prison officials are Still theating me like A inmate when I Am know more long A inmate. I Am Been hold hear At the Hodge Against my will Declaratory Relief pursuant to 28 U.S.C. Section 2201 and 2202 plaintiffs claim For injunctive Relief are Authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the Federal Rule of civil procedure.

Now Comes Chansler mallard to move the Courts to Accept this Complaint ware officer Gillary is Still trying to proceess me like A inmate By holding me in the cell Saying I Am on Restriction when I Am not A inmate. officer Gillary is mad At me Because I did not want to give him the Soul Fist Sign Back to him. So he could make it look like my Situation that I Am having with the officers is A Racial Act. when I do not Side with know man But God and mr Gillary is Bisexual. he is Another officer that is Stalking me hear At the Hodge unit. the male and Female officers and Nurses are So use to Fucking the inmates to ware they think they can Fuck All the inmates that comes to the Hodge unit. I have told the officers that I Am not A homosexual. the male prison officials Do not want to have A understanding what I told them About me Been Gay. and the prison officials are constantly having Clone look Alikes going in to the Court Room playing they are me and trying to get me Some Falsifyed prison time. While I Am still near At

The Hodge unit. the prison officials hear At the Hodge are doing Alot of unconstitutional things to the inmates. like having Huntsville to send inmates out time sheets of Falsifyed prison time. Some one in Huntsville as Been sending me out A Falsifyed time sheet the whole time I have Been Free trying to pull A wool over my eyes that I Am A Free man. when I have Been knowing since day one that I was A Free man. the prison officials think I do not know that I was Free Because the court Drop Charges on me Because the court Commited Fraud. I did not had to go Back in Front of A judge and that is what the prison officials went off on By the word of Another Disobeying officer lieing to one Another About what I know. When they have never talk to me to see what I no and the prison officials as me under Another Name in cell 118 when Gillary Call me By my Real Name. when that is not the Name I Am under in cell 118 and they may have me under Another Name in the computer,

I pray that this Complaint go through on this Disrespecting officer Gillary Because the prison officials should not Be Runing A place like this officer Name is spelled like this Werlan Guillory I Need A Restraining order on him



#1853502
Chansler Mallard
Hodge Unit
379 FM 2972
Rusk Texas 75785

NORTH TEXAS TX P&DC
DALLAS TX 750
29 MAR 2022 PM 10 L

FOREVER / USA

United States District Court
Northern District of Texas
205 S. E 5th Ave Room 133
Amarillo Texas 79101

RECEIVED
APR - 1 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

79101-155599

PROCESSED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION